UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
5710 UNITED STATES COURTHOUSE, ONE
COURTHOUSE WAY, BOSTON MA 02210-3002

Terry A. Boyd
    Plaintiff,

vs.                                                No._____

David L. Winn Warden
Correctional Officers
Powers (Female)
Liason (Female)
Martin

MOTION TO PROCEED BEFORE
THE COURT IN FORMA PAUPERIS

NOW COMES Terry A. Boyd before this Honorable court in seeking leave to proceed as a poor person, without cost or fees in this action for violation of Constitutional and civil rights under color of State and Federal laws. Plaintiff avers the following to support this request to proceed.

-A-          -A-

JURISDICTION

The Court is vested with jurisdiction, pursuant to 28 USC 1915

-B-

1. Plaintiff is an inmate of the Federal Bureau Of Prisons, is totally disabled has no employment, or even a minimal Institutional income.

2. Plaintiff has no money in his inmate account with only 16. cents in his inmate account to support this motion.

3. Plaintiff has no checking account, saving account, no pensions, IRA's, nor does he own or receive any sums of money for real estate.

4. Plaintiff own no vehicles

5. Plaintiff has no income being sent in at the present time.

Plaintiff has no-one presently to advance him the sums of monies to proseute this civel action at law.

WHEREFORE, for all of the feusgoing reasons set forth in the foregoing Motion, your Plaintiff prays his relief be granted.

Respectfully Submitted,

*[signature]*
TERRY A. BOYD