UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
5710 UNITED STATES COURTHOUSE, ONE
COURTHOUSE WAY, BOSTON MA 02210-3002

Terry A. BOYD
    Plaintiff,

No_____

vs.

David L. Winn Warden
Correctional Officer Powers (Female)
Correctional officer Liason (Female)
Correctional Officer Martin(Male)
All of these Defendents are Employed
by the United States Department of Justice.)
    Defendents,

04-40091

### JURISDICTION:

This Honorable Court enjoys, Jurisdiction, pursuant to Title 18 U.S.C 1332 (2) Title" Diversity housed, as order of the United States, Attorney General of the United States at the Federal Medical Center at Devens, within the town of Ayer Masscahusetts.

The named Correctional Officers, Correctional Officer Powers (Female), Correctional Officer Liason (Female), Correctional Officer Martin , And David L. Winn Warde Is now clearly presented that the named Defendents work/live in the state of Mass cahusetts. and the Plaintiff resides at the Federal Medical Center, at Devens, in the town of Ayer, MA.

### COLOR OF LAW:

If two or more persons conspire to injury, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession or district, in free exercise or injoyment of any right or privilege secured to Him by the Constitution or laws of the United States, Title 18 USC 1341& 1342, they shell be fined under this title or imprisoned not more than ten years, or both.

1. TORTURE" means an act committed by a person acting under color of law specifically intended to inflict severe Mental or physical pain or suffering upon another person within his costody or physical control.

2. SEVERE MENTAL PAIN OR SUFFERING: means The prolonged Mental harm caused by or resulting from the intentional infliction or threated infliction of physical pain or suffering. SEE Title 18 2340:

FACTS:

The Plaintiff is a paralyzed and Disabled inmate corrently at the Federal Medical Center (F.M.C.) Devens, in Ayer MA. The Plaintiff was tranfered from t (USP) Allenwood in White Deer PA. On July 30, 2003 to (FM.C.) Devens.

Upon the Plaintiff's arrival at Devens, the Plaintiff was placed in Unit J-A and placed in cell 111 The Plaintiff was told by Staff that this was a Handicapped cell, this cell in "no" way meets Federal Codes and Regulations for a Handicapped cell for someone that is Paralyzed and confined to a wheelchair, SEE 28 CFR 0-42 and the ( American with disabilities act of 1990: and the Rehabilitation act of 1973: ( Also NOTE) The Plaintiff also has a extentive History o: Heart problems that include a By-Pass, several Heart attacks, and on September 4, 2003 the Plaintiff went into Cardiac arrest on the compound at F.M.C. Deven: and had to have a Pace-Maker put in on September 6, 2003 at U-Mass.

In August of 2003 the Plaintiff was moved to the Hospital Unit on P-3 in room 338 it was shortly after the Plaintiff was moved to P-3 that C/O Powers & C/O Liason took information out of the computer and showed it to other inmates and Staff, This information in fact has indangered the Plaintiff's life. (Note) The Plaintiff does not fear for His life:)

On or about November 10, 2003 the Plaintiff was attacked by another inmate due to the alligations being made about the Plaintiff, The Plaintiff was placed in the special housing unit for over two (2) months where the Plaintiff was tormented by both Staff and inmates while the Lt's and other Officials allowed this to take place and done nothing to stop the deliberate and willfully acts of tor ment of the Plaintiff, (note) the Plaintiff was denied legal access to the out dated law library and access to the courts. thus dening the Plaintiff Due proce ss, as out-lined in the 14th amendment of the United States Constitution:

On or about Janurary 6 th 2003 the Plaintiff was released from (SHU) and placed

in J-A in cell 111 the Plaintiff was left to take care of himself the best way that He could, Medical and Prisons Officials, where very much aware of the difficulty this had on the Plaintiff, but allowed it to take place with "no" reguard for the Plaintiff's safety or welfare. The Plaintiff fell several times and was hurt trying to tranfer to the bed or toilet, and was seriously hurt trying to tranfer to the toilet and had to be taken to the emergencie room and one day later fell and was hurt again.

This was without a doubt a deliberate and visious act of retaliation, cruel and inhuman treatment, when the Plaintiff was returned to the same dangerous situation, the Plaintiff was forced to clime a 50 up-grade (hill) in a wheelchair with the Plaintiff's hands cut with a 1/2 gash on the Plaintiff's right hand, The Plaintiff was subjected to the bitter cold. (NOTE) The Plaintiff was the onl Paraplegia subjected to this kind of mental and physical abuse by Medical and Prison Officials.

The Plaintiff was locked in a holding cell in the special housing unit (SHU) and deliberately tormented by C/O Martin, for about and hour the Plaintiff was called all kinds of humiliating names while other officer and the Lt. allowed this to take place and done nothing to stop it, and when the Plaintiff said something about it *TAB* the Plaintiff was told by the Lt in (SHU) that it was against the rules to talk back and its us against you, and nothing was done about it.

> STATUES THAT MAKE IT CRIMINAL
> TO WILLFULLY ACT UNDER COLOR
> OF STATE LAW TO DEPRIVE A PERSON
> OF RIGHTS PROTECTED UNDER THE
> UNITED STATES CONSTITUTION OR LAWS OF
> THE UNITED STATES.

The Psycñological and Physical abuse of the Plaintiff has gone as far as tamper with the Plaintiff's mail that has gone as far as the Plaintiff's mail being se nt back to the Plaintiff's fiancee all mail from the Plaintiff is never sent ou and it destroyed. the Plaintiff has been cut off from all contact with the outs: e,this is done in retaliation against the Plaintiff's use of the legal system. and to cause a undue heardship on both the Plaintiff and his Fiancee. and has all but destroyed the Plaintiff's relationship with his Fiancee. This is withou a doubt a deliberate and willfully act of abuse. brought on by the humiliating and degrading remakks of the three(3) C/O's mention in this complaint.

In February of 2004 the Plaintiff was moved back to the Hospital by order of the Warden David L. Winn, it was in a meeting that the Plaintiff told Warden Winn, about the abuse of the three(3) officers mention in this complaint.

### RETALIATION AND COERCION:

As codified at 28 CFR, 38-206 Retaliation and coercion are strictly prohibited thus providing saction for violation. SEE ALSO Title 18 241-242 which provided a minimum prision term of two (2) years for Criminimal violation of Plaintiff' Civil rights, here, the Eighth and Forthteenth Amendments of the United States Constitution.

Plaintiff sumit that He expect Retaliation in many Forms. F.M.C. Devens in fac lock-up inmates that exercise their rights to file complaints against abustive Staff and Personel, it's done in the name of investigation. ACTIONS SUCH AS THESE WILL MEET THE GATE KEEPER OF 242:
All for the forgoing reasons the Plaintiff Terry A. Boyd Respectfully request that Criminimal Charges be brought against the three(3) Correctional Officers named in this complaint, C/O's Powers, Liason, and MARTIN.
U

### UNSWORN VARCATION:

I Trery A. Boyd, affiant in forgoing complaint do state and depose that all of the information contained herein is true and currect to the best of my knowlege and releaf.
Imake these statements subect to the penalties provide for purgury, SEE Tilte section 1746.

Respectfully Submitted

*Terry A. Boyd*

Terry A. Boyd
Reg. No 09100-014
F.M.C. Devens
P.O Box 879
Ayer, MA 01432

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the u of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Terry A. Boyd
F.M.C. Devens
P.O Box879 Ayer, Ma 01432

## DEFENDANTS

Powers (female), Liason (Female
Mraton, David L. Winn Warden
Middlesex county, F.M.CDevens,Address

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTI AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justic |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Terry A. Boyd vs. Correctional Officers Powers, Liason. and Martin, and David L. Winn Warden__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☐      Central Division ☐      Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☑      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

Coversheetlocal.wpd - 10/17/02)