UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRY A. BOYD,                              )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )          CIVIL ACTION NO.
                                           )          04-CV-40091
DAVID L. WINN, Warden,                     )
CORRECTIONAL OFFICER POWERS,               )
CORRECTIONAL OFFICER LIASON, and           )
CORRECTIONAL OFFICER MARTIN,               )
            Defendants.                    )

## NOTICE OF INTENT TO TRANSFER INMATE

The United States hereby gives notice of the intent of the Bureau of Prisons to re-transfer

the Plaintiff in this action, Terry Boyd, to the United States Penitentiary in Allenwood,

Pennsylvania.

The transfer is a result of the determination that the Plaintiff no longer requires care at

FMC-Devens and can be transferred back to Allenwood, the prison from which he was referred.

See Affidavit of David Winn, attached hereto as Exhibit 1.


                                   For the defendants,
                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY

                         By:     /s/ Mark J. Grady
                                   Mark J. Grady
                                   Assistant U.S. Attorney
                                   John Joseph Moakley Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   (617) 748-3136

<u>Certificate of Service</u>

    I hereby certify that copy of the foregoing was served by mail, on September 20, 2004, upon Terry Boyd, inmate #0910-0014, Fort Devens Medical Center, PO Box 879, Ayer, MA, 01432.

                                           /s/ Mark J. Grady
                                         Mark J. Grady
                                         Assistant U.S. Attorney