UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY A. BOYD,<br>    Petitioner / Plaintiff,<br><br>v.<br><br>DAVID L. WINN, ET. AL.,<br>    Respondents / Defendants. | )<br>)<br>)<br>)  Civ. Action No. 04-CV-40091<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DAVID L. WINN

I, David L. Winn, hereby make the following declaration under penalty of perjury:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons as the Warden at the Federal Medical Center (FMC), Devens, Massachusetts. I have been employed at this position since approximately December 1, 2000. Prior to that I was the Warden at the Federal Correctional Institution (FCI) Pekin, Illinois from May 1, 1999 through November 30, 2000. I have been employed with the Federal Bureau of Prisons since April, 1973. As the Warden at FMC Devens, I am responsible for the day-to-day operations and programs at FMC Devens. I supervise staff employed at FMC Devens, as well as inmates incarcerated at FMC Devens.

2. I understand that inmate Terry A. Boyd, Register Number 09100-014, has filed the above-captioned civil action alleging "deliberate and willful acts of torment and abuse" by FMC Devens staff members and that his medical condition is being ignored. At this time, representation requests for myself and the other named staff members are pending within the Department of Justice.

3. Inmate Boyd was designated to FMC Devens on July 30, 2003 for stabilization of various chronic diseases. Over the past 13 months, he has received appropriate and necessary medical and mental health services by professional staff, to include mid-level practitioners, physicians, psychiatrists, and various specialists. Based upon Mr. Boyd's current condition, it was determined by medical staff that he has completed the necessary medical treatment at FMC Devens and no longer requires care which can only be provided at a Federal Medical Center. Therefore, although he still requires some level of medical management of his condition, that can be accomplished at a regular Bureau of Prisons institution. Mr. Boyd could therefore be designated back to a regular institution.

4.  Therefore, Mr. Boyd has been medically discharged from FMC Devens and has been re-designated to his parent facility, the United States Penitentiary at Allenwood, Pennsylvania.

5.  This medical discharge and referral for re-designation based on completion of medical treatment was done pursuant to and consistent with Bureau of Prisons policy and practices.

6.  I declare that all actions taken by me, if any, regarding the instant action were within the scope of my employment as the Warden at FMC Devens, and were in accordance with the United States Constitution, the law and Federal Bureau of Prisons policy.

I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 8th day of September, 2004.

David L. Winn
Warden
Federal Medical Center
Devens, Massachusetts