**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Terry A Boyd #09100-014 | 04-40091-NG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David L. Winn (Warden) et al | Civil Action TAB |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David L. Winn et, al

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
42 Patten Rd. Ayer, MA 01423

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terry A Boyd 09100-014
FMC Devens
PO Box 879
Ayer, MA 01432

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Warden Winn At The Federal Medical Center.

Signature of Attorney or other Originator requesting service on behalf of:
Terry A Boyd pro-se   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: none
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/19/04 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Talavera | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
B. Mitchel Huffman  Executive Assistant

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 08/24/04    Time: 1358 pm

Signature of U.S. Marshal or Deputy
M.D.H.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

TERRY A. BOYD

V.                                  **SUMMONS IN A CIVIL CASE**

DAVID L. WINN, et al.

CASE NUMBER: 04-40091-NG

TO: (Name and address of Defendant)

Warden David L. Winn
FMC Devens
P.O. Box 880
Patten Road
Ayer, MA  01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Terry A. Boyd, pro se
#0910-0014
FMC Devens
P.O. Box 879
Ayer, MA  01432

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                6/16/04

CLERK                                       DATE



(By) DEPUTY CLERK