UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERRY A. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 04-CV-40091 |
| DAVID L. WINN, Warden, | ) | |
| CORRECTIONAL OFFICER POWERS, | ) | |
| CORRECTIONAL OFFICER LIASON, and | ) | |
| CORRECTIONAL OFFICER MARTIN, | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME FOR THE UNITED STATES TO ANSWER OR OTHER WISE RESPOND TO THE COMPLAINT**

Now come the Defendants to request that the time to answer or otherwise respond to the

Complaint be extended for sixty days until December 17, 2004.

In support of this motion the United States states that the time requested is reasonably

necessary to investigate the Plaintiff's claims and prepare an answer or other responsive

pleading.  Further, to the extent that the Complaint is construed to state Bivens claims against

individual officers, service has not yet been completed on "Officer Martin," and it serves the

interest of judicial economy for the Defendants to respond once rather than on multiple

occasions.

Wherefore, the United States respectfully requests that its motion be allowed.

For the defendants,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:    /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136

Certificate Under L.R. 7.1

The respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se.* Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

Certificate of Service

I hereby certify that copy of the foregoing was served by mail, on October 19, 2004, upon Terry Boyd, inmate #0910-0014, Fort Devens Medical Center, PO Box 879, Ayer, MA, 01432.

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney