UNITED STATES DISTRICT COURT
DISTRICT OF MASSAUCHUSETTS

TERRY A. BOYD
    Plaintiff,

VS.

DAVID L. WINN, WARDEN
CORRECTIONAL OFFICER POWERS,
CORRECTIONAL OFFICER LIASON, and
CORRECTIONAL OFFICER MARTIN.
    DEFENDENTS,

CIVIL ACTION NO.
04-CV-40091-NG

notice of change of address
retaliation and abust:

On September 23, 2004 the Plaintiff Terry A. Boyd was tranfered from F.M.C Devens to the united states penitiary in Allenwood, PA.

This action was a deliberate act of retaliation on the part of David L. Winn michael J. Sullivan, United States Attorney, Medical officials of F.M.C Devens the Hospital adminstrator Dr. S. Howard, assoiate warden Hurtel, over Medical and medical staff. ( nurses not in cluded).

And the United States Justice Department and the Federal Buraue Brisons, and it's officials. The P;aintiff, was tranfered to a(usp( for the sole reason to Humiliate and degrade the Plaintiff, and to deny the plaintiff Medical treatment for a serious urinary track infection that was left untreated by the Medical Staff at F.M.C. Devens. a nother deliberate act of <u>Abuse.</u>

(please Note)Tranfers may violate substantive Constitutional rights even if they do not present a Due Process issue. Tranfers in retaliation for bringing Litigation or for exercising other Constitutional rights are unlawful, As are tranfers that threaten the Plaintiff, safety, AND LIFE.

(USP)Allenwood can not provide the Medical attention that the Plaintiff, needs and in many ways does not meet Federal codes and regulation for a Parlyzed inmate confined to a wheelchair. and with out a doubt this action was a deliberate act of malice with the intent to cause harm. and to pervent the plaintiff, from filing fouther legal acts for abuse and torture by the officials of F.M.C Devens. (Please Note) The Plaintiff, was deliberate denied any acess to the courts for over three(3)months. and has been sick and unable to respond due to the infection stated above.

The Plaintiff new address is My name number, USP Allenwood, P.O Box 3000 Whitedeer, Pa. 17887.

Please be advised that a law suit will be filed at a later date sense the Plaintiff was deliberately denied the Administrative Remedies. The Countselor would not give the Plaintiff the necessary forms, or the appeals on the abustive Employees, and negliacted to anser any paper work that was filed. Counselor Handcock The Plaintiff will be filing the necessary motions and lawsuits at a later date.

Respectfully Submitted

*Terry A. Boyd* (signature)

TERRY A. BOYD # 09100-014
USP ALLENWOOD
P.O BOX 3000
WHITEDEER, PA 17887