UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY A. BOYD,            )<br>                                         )<br>     Plaintiff,                  )<br>                                         )<br>v.                                    )<br>                                         )<br>DAVID L. WINN, Warden,    )<br>CORRECTIONAL OFFICER POWERS,    )<br>CORRECTIONAL OFFICER LIASON, and )<br>CORRECTIONAL OFFICER MARTIN,    )<br>     Defendants.             ) | CIVIL ACTION NO.<br>04-CV-40091 |

### MOTION TO EXTEND TIME FOR THE UNITED STATES TO ANSWER OR OTHER WISE RESPOND TO THE COMPLAINT

Now come the Defendants to request that the time to answer or otherwise respond to the Complaint be extended until February 11, 2005.

In support of this motion the United States states that the Bureau of Prisons ("BOP") is presently undertaking an internal investigation of the Plaintiff's allegations per BOP regulations. This investigation is customary and routine in every instance of alleged inmate abuse. As part of the investigation, BOP investigators will take statements from individuals identified as participants and witnesses.

An extension to answer or other wise respond by way of motion, would be beneficial as the investigation will afford Defendants an opportunity to obtain a substantially clearer picture of the events leading to the Plaintiff's allegations and to answer each allegation more completely. Alternatively, the investigation will afford the Defendants an opportunity to create a record upon which a dispositive motion would be based.

The time requested is reasonably necessary to complete the investigation and to conduct a review of its findings to determine whether and answer or dispositive motion would be

appropriate.

Wherefore, the United States respectfully requests that its motion be allowed.

For the defendants,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:     /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney
       John Joseph Moakley Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3136

Certificate Under L.R. 7.1

The respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

       /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney

Certificate of Service

I hereby certify that copy of the foregoing was served by mail, on November 22, 2004, upon Terry Boyd, inmate #0910-0014, USP Allenwood, PO Box 3000, Whitedeer, PA, 17887.

       /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney