UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY A. BOYD,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID L. WINN, Warden FMC-Devens, Correctional Officer POWERS, Correctional Officer LIASON and Correctional Officer MARTIN,<br><br>       Defendants. | CIVIL ACTION NO. 04-CV-40091-NG |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Now come the Defendants, pursuant to Fed. R. Civ. P. 12(b)(1), to request that summary judgment enter in favor of the Defendants on the ground that the Plaintiff has not exhausted administrative remedies as required by 42 U.S.C. § 1997e(a).

In support of the Motion, the Defendants submit the attached memorandum of law and Declaration of Patrick Ward with exhibits.

Wherefore, the Defendants request that the matter be dismissed with prejudice.

> Respectfully submitted,
> MICHAEL SULLIVAN
> United States Attorney
>
> By:   /s/ Mark J. Grady
> Mark J. Grady, Assistant U.S. Attorney
> John J. Moakley Courthouse
> One Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3136

**Certificate of Compliance with L.R. 7.1**

The Respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

> /s/ Mark J. Grady
> Mark J. Grady
> Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 11th day of February 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to Terry Boyd, USP Allenwood, PO Box 3000, Whitedeer, PA 17887.

> /s/ Mark J. Grady
> Mark J. Grady
> Assistant United States Attorney