UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY A. BOYD, )<br>)<br>)<br>Petitioner / Plaintiff, )<br>)<br>v. )<br>)<br>DAVID L. WINN, ET. AL., )<br>)<br>Respondents / Defendants. )<br>) | Civ. Action No. 04-CV-40091 |

### DECLARATION OF PATRICK W. WARD

I, Patrick Ward, hereby make the following declaration under penalty of perjury:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts ("FMC Devens"), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records regarding federal prisoners maintained in the ordinary course of business at FMC Devens, as well as other federal correctional institutions. This includes, but is not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons' ("BOP") computerized data base, SENTRY.

3. I also have access to the various databases and files concerning administrative remedy claims filed pursuant to BOP's Administrative Remedy Program, which are maintained by the BOP in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedy claims filed by inmates housed in federal institutions of the BOP, the dates thereof, and the dispositions.

4. All Administrative Remedy Requests filed by BOP inmates are logged into the SENTRY database, and I have the ability to retrieve information from this database which details the requests that each inmate has filed.

5. As detailed in the Bureau of Prisons Program Statement 1330.13, Administrative Remedy Program, as well as in 28 C.F.R. §542.10 *et seq.*, the Administrative Remedy Program is available to each inmate within BOP institutions to seek formal review of an issue relating to

any aspect of his or her confinement. This Program is available to inmates confined at FMC Devens and would include any issues surrounding housing complaints, medical care, or alleged staff misconduct.

6. On February 9, 2005, I ran a SENTRY search to determine if Inmate Terry Boyd, Reg. No. 09100-014, had filed any administrative remedy claims under the Administrative Remedy Program in regard to the allegations in his Complaint. A review of his Administrative Remedy Record revealed that he has utilized the administrative remedy process to file thirteen (13) remedy submission on various issues. However, Inmate Boyd has only filed two Requests for Administrative Remedies at FMC Devens, wherein he vaguely raises issues relevant to the Complaint before this Court. Based upon his failure to pursue these issues through the appeal process, he has failed to exhaust his administrative remedies. A true and correct copy of the Administrative Remedy Generalized Retrieval screen for Inmate Boyd is attached hereto as Exhibit D

7. Attached hereto as exhibits, please find true and correct copies of the following documents relating to Inmate Terry Boyd, Reg. No. 09100-014:

   A. Public Information Data Sheet;
   B. Sentence Monitoring Computation Data;
   C. Inmate Profile;
   D. Administrative Remedy History;
   E. Request for Administrative Remedy, Case Number 321311-F1, and Response;
   F. Request for Administrative Remedy, Case Number 321320-F1, and Response.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this __9th__ day of February, 2005

*Patrick Ward* (signature)

Patrick W. Ward
Attorney Advisor
Consolidated Legal Center - Devens

-2-