```
02/10/2005  07:33   9787961040         FMC DEVENS LEGAL                PAGE  04/50

DEVEN                           *   PUBLIC INFORMATION   *      02-09-2005
PAGE 001                        *       INMATE DATA      *       13:16:03
                                    AS OF 02-09-2005

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963   FAX: 570-547-9201
                                               RACE/SEX...: WHITE / MALE
FBI NUMBER.: 366818R6                          DOB/AGE....: ████████ / 53
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 09-24-2006                        PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY ------------------------------
FCL     ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
ALP     A-DES       DESIGNATED, AT ASSIGNED FACIL  09-23-2004 2205 CURRENT
7-F     RELEASE     RELEASED FROM IN-TRANSIT FACL  09-23-2004 2205 09-23-2004 2205
7-F     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-23-2004 1526 09-23-2004 2205
DEV     TRANSFER    TRANSFER                       09-23-2004 1526 09-23-2004 1526
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL  06-23-2004 1049 09-23-2004 1526
DEV     LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  06-23-2004 0730 06-23-2004 1049
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL  04-30-2004 0142 06-23-2004 0730
DEV     LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  04-29-2004 2051 04-30-2004 0142

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963    FAX: 570-547-9201
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   03-30-2004 1217 04-29-2004 2051
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN   03-30-2004 0707 03-30-2004 1217
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   01-13-2004 1457 03-30-2004 0707
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN   01-13-2004 1237 01-13-2004 1457
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   11-18-2003 0143 01-13-2004 1237
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN   11-17-2003 2030 11-18-2003 0143
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   10-27-2003 0950 11-17-2003 2030
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN   10-27-2003 0700 10-27-2003 0950
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   10-23-2003 1138 10-27-2003 0700
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN   10-23-2003 0637 10-23-2003 1138
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   09-08-2003 1700 10-23-2003 0637
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN   09-04-2003 2053 09-08-2003 1700
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL   08-25-2003 1214 09-04-2003 2053


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963   FAX: 570-547-9201
PRE-RELEASE PREPARATION DATE: 03-24-2006
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-24-2006 VIA GCT REL

-------------------------------CURRENT JUDGMENT/WARRANT NO: 030 -------------------------

```
COURT OF JURISDICTION............: VERMONT
DOCKET NUMBER....................: 1:01-CR-60-01
JUDGE............................: MURTHA
DATE SENTENCED/PROBATION IMPOSED: 07-02-2002
DATE COMMITTED...................: 08-21-2002
HOW COMMITTED....................: RET STUDY/EXAM WITH SENTENCE
PROBATION IMPOSED................: NO
```

G0002           MORE PAGES TO FOLLOW . . .

```
REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-547-0963   FAX: 570-547-9201

                    FELONY ASSESS  MISDMNR ASSESS   FINES              COSTS
NON-COMMITTED.:     $100.00        $00.00           $00.00             $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

-----------------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....: 136
OFF/CHG: COUNT 1: FELON IN POSSESSION OF FIREARM
         18 USC 922(G)(1) & 924(A)(2)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    70 MONTHS


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963   FAX: 570-547-9201
 TERM OF SUPERVISION............: 2 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 06-10-2001
```

--------------------------CURRENT COMPUTATION NO: 030 --------------------------

COMPUTATION 030 WAS LAST UPDATED ON 12-28-2004 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

```
DATE COMPUTATION BEGAN..........: 07-02-2002
TOTAL TERM IN EFFECT............:    70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS      10 MONTHS

G0002       MORE PAGES TO FOLLOW . . .
```

```
BEVSN                         PUBLIC INFORMATION                 *    02-09-2005
PAGE 006          *              INMATE DATA                     *    13:16:03
                              AS OF 02-09-2005
```

```
REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 570-547-0963    FAX: 570-547-9201
EARLIEST DATE OF OFFENSE........: 06-10-2001

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                      06-11-2001     07-01-2002

TOTAL PRIOR CREDIT TIME.........: 386
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 199
TOTAL GCT EARNED................: 130
STATUTORY RELEASE DATE PROJECTED: 09-24-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-11-2007


G0002          MORE PAGES TO FOLLOW . . .
```

```
02/10/2005  07:33   9787961040              FMC DEVENS LEGAL                    PAGE  10/50

PAGE 007        *         PUBLIC INFORMATION              *      02-09-2005
                                INMATE DATA                      13:16:03
                            AS OF 02-09-2005

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 030        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963   FAX: 570-547-9201
PROJECTED SATISFACTION DATE.....: 09-24-2006
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 020            ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   02-06-2002 VIA STDY CMPLT

------------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: VERMONT
DOCKET NUMBER....................: 1:01-CR-60
JUDGE............................: MURTHA
DATE SENTENCED/PROBATION IMPOSED: 10-29-2001
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 11-15-2001
HOW COMMITTED....................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED................: NO

G0002          MORE PAGES TO FOLLOW . . .

```
REGNO..: 09100-014  NAME: BOYD, TERRY A
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963   FAX: 570-547-9201
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 131
OFF/CHG: 18 USC 4242 - PSYCHOLOGICAL EXAMINATION (POSSESSEION OF A
         WEAPON)

   SENTENCE PROCEDURE.............: 4242 DETERM EXISTENCE OF INSANITY
   SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
   STUDY LENGTH...................:    75 DAYS


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963   FAX: 570-547-9201
 DATE OF OFFENSE................: 08-30-2001


------------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-10-2001 AT BUH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN..........: 11-15-2001
TOTAL TERM IN EFFECT............:     75 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      2 MONTHS      14 DAYS

GC002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201
EARLIEST DATE OF OFFENSE........: 08-30-2001

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-28-2002

G0002          MORE PAGES TO FOLLOW . . .
```

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 020       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 02-06-2002
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: BUH
ACTUAL SATISFACTION KEYED BY....: JLK

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0


G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-10-1989 VIA EXP W/GT

------------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------

COURT OF JURISDICTION............: CONNECTICUT
DOCKET NUMBER....................: H-87-1 (MJB)
JUDGE............................: BLUMENFELD
DATE SENTENCED/PROBATION IMPOSED: 03-16-1987
DATE PROBATION REVOKED...........: 02-11-1988
TYPE OF PROBATION REVOKED........: REG
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 02-25-1988

G0002        MORE PAGES TO FOLLOW . . .

```
DEVEN                             *  PUBLIC INFORMATION  *        02-09-2005
PAGE 014                          *       INMATE DATA    *         13:16:03
                                      AS OF 10-10-1989

REGNO..: 09100-014  NAME: BOYD, TERRY A
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-547-0963    FAX: 570-547-9201
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                    FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:     $50.00          $00.00            $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

-----------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  131
OFF/CHG: FALSE STATEMENTS IN CONNECTION W/FIREARMS ACQUISITIONS; T 21
         USC 922(A)(6) AND 924 (A).


G0002         MORE PAGES TO FOLLOW . . .
```

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-0963   FAX: 570-547-9201

SENTENCE PROCEDURE..............: 924(A)/5871 GCA FIREARMS GRTR THAN 1YR
SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS
DATE OF OFFENSE.................: N/A


-----------------------------PRIOR COMPUTATION NO: 010 ----------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-17-1989 AT RCH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO..: 09100-014  NAME: BOYD, TERRY A
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 570-547-0963   FAX: 570-547-9201

DATE COMPUTATION BEGAN..........: 02-11-1988
TOTAL TERM IN EFFECT............:     2 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    01-29-1987    02-06-1987

TOTAL JAIL CREDIT TIME..........: 9
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 144
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 09-10-1989

G0002         MORE PAGES TO FOLLOW . . .
```

```
PAGE 017            *          INMATE DATA              *     02-09-2005
                                                              13:16:03
                              AS OF 10-10-1989

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-0963   FAX: 570-547-9201
TWO THIRDS DATE...................: N/A
180 DAY DATE......................: 08-05-1989
EXPIRATION FULL TERM DATE.........: 02-01-1990

NEXT PAROLE HEARING DATE..........: N/A
TYPE OF HEARING...................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE..........: 10-10-1989
ACTUAL SATISFACTION METHOD........: EXP W/GT
ACTUAL SATISFACTION FACILITY......: RCH
ACTUAL SATISFACTION KEYED BY......: JAM

DAYS REMAINING....................: 114
FINAL PUBLIC LAW DAYS.............: 0

G0002         MORE PAGES TO FOLLOW . . .
```

Case 1:04-cv-40091-NG    Document 13-3    Filed 02/11/2005    Page 18 of 18

REGNO..: 09100-014 NAME: BOYD, TERRY A
COMP NO: 010           ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: ALP / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 570-547-0963    FAX: 570-547-9201


G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED