```
DEVEN   540*23  *          SENTENCE MONITORING           *    02-09-2005
PAGE 001         *          COMPUTATION DATA              *    13:16:41
                            AS OF 02-09-2005

REGNO..: 09100-014  NAME: BOYD, TERRY A

FBI NO............: 366818R6           DATE OF BIRTH:
ARS1..............: ALP/A-DES
UNIT..............: II                 QUARTERS.....: D01-101L
DETAINERS.........: NO                 NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-24-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 09-24-2006 VIA GCT REL

-------------------CURRENT JUDGMENT/WARRANT NO: 030 -------------------

COURT OF JURISDICTION...........: VERMONT
DOCKET NUMBER...................: 1:01-CR-60-01
JUDGE...........................: MURTHA
DATE SENTENCED/PROBATION IMPOSED: 07-02-2002
DATE COMMITTED..................: 08-21-2002
HOW COMMITTED...................: RET STUDY/EXAM WITH SENTENCE
PROBATION IMPOSED...............: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $100.00         $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY: NO    SERVICES: NO     AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 136
OFF/CHG: COUNT 1: FELON IN POSSESSION OF FIREARM
         18 USC 922(G)(1) & 924(A)(2)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    70 MONTHS
  TERM OF SUPERVISION............:     2 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  DATE OF OFFENSE................: 06-10-2001




G0002      MORE PAGES TO FOLLOW . . .
```

```
DEVEN   540*23  *       SENTENCE MONITORING          *    02-09-2005
PAGE 002         *       COMPUTATION DATA             *    13:16:41
                          AS OF 02-09-2005
```

REGNO..: 09100-014 NAME: BOYD, TERRY A


------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 12-28-2004 AT ALP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

```
DATE COMPUTATION BEGAN..........: 07-02-2002
TOTAL TERM IN EFFECT............:      70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:       5 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 06-10-2001

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      06-11-2001    07-01-2002

TOTAL PRIOR CREDIT TIME.........: 386
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 199
TOTAL GCT EARNED................: 130
STATUTORY RELEASE DATE PROJECTED: 09-24-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-11-2007


PROJECTED SATISFACTION DATE.....: 09-24-2006
PROJECTED SATISFACTION METHOD...: GCT REL
```




G0002        MORE PAGES TO FOLLOW . . .

```
DEVEN    540*23  *          SENTENCE MONITORING         *    02-09-2005
PAGE 003          *           COMPUTATION DATA           *    13:16:41
                              AS OF 02-06-2002

REGNO..: 09100-014 NAME: BOYD, TERRY A

FBI NO.............:                      DATE OF BIRTH:
ARS1...............: ALP/A-DES
UNIT...............: II                   QUARTERS.....: D01-101L
DETAINERS..........: NO                   NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 02-06-2002 VIA STDY CMPLT

-------------------------PRIOR JUDGMENT/WARRANT NO: 020 -------------------

COURT OF JURISDICTION............: VERMONT
DOCKET NUMBER....................: 1:01-CR-60
JUDGE............................: MURTHA
DATE SENTENCED/PROBATION IMPOSED: 10-29-2001
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 11-15-2001
HOW COMMITTED....................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 131
OFF/CHG:                  - PSYCHOLOGICAL EXAMINATION (
```



```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   DEVEN   540*23  *           SENTENCE MONITORING           *      02-09-2005
   PAGE 004         *             COMPUTATION DATA           *      13:16:41
                                 AS OF 02-06-2002

   REGNO..: 09100-014 NAME: BOYD, TERRY A


   -----------------------------PRIOR COMPUTATION NO: 020 -------------------------

   COMPUTATION 020 WAS LAST UPDATED ON 12-10-2001 AT BUH AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 020:    020 010

   DATE COMPUTATION BEGAN..........: 11-15-2001
   TOTAL TERM IN EFFECT............:     75 DAYS
   TOTAL TERM IN EFFECT CONVERTED..:      2 MONTHS      14 DAYS
   EARLIEST DATE OF OFFENSE........: 08-30-2001

   TOTAL JAIL CREDIT TIME..........: 0
   TOTAL INOPERATIVE TIME..........: 0
   STATUTORY GOOD TIME RATE........: 0
   TOTAL SGT POSSIBLE..............: 0
   TOTAL GCT EARNED AND PROJECTED..: 0
   TOTAL GCT EARNED................: 0
   PAROLE ELIGIBILITY..............: N/A
   STATUTORY RELEASE DATE..........: N/A
   TWO THIRDS DATE.................: N/A
   180 DAY DATE....................: N/A
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 01-28-2002

   NEXT PAROLE HEARING DATE........: UNKNOWN
   TYPE OF HEARING.................: UNKNOWN

   ACTUAL SATISFACTION DATE........: 02-06-2002
   ACTUAL SATISFACTION METHOD......: STDY CMPLT
   ACTUAL SATISFACTION FACILITY....: BUH
   ACTUAL SATISFACTION KEYED BY....: JLK

   DAYS REMAINING..................: 0
   FINAL PUBLIC LAW DAYS...........: 0




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVEN  540*23  *           SENTENCE MONITORING          *    02-09-2005
   PAGE 005       *           COMPUTATION DATA             *    13:16:41
                              AS OF 10-10-1989

   REGNO..: 09100-014  NAME: BOYD, TERRY A


   FBI NO............: 366818R6         DATE OF BIRTH
   ARS1..............: ALP/A-DES
   UNIT..............: II               QUARTERS.....: D01-101L
   DETAINERS.........: NO               NOTIFICATIONS: NO

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
   THE INMATE WAS SCHEDULED FOR RELEASE:  10-10-1989 VIA EXP W/GT

   ------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------

   COURT OF JURISDICTION............: CONNECTICUT
   DOCKET NUMBER....................: H-87-1 (MJB)
   JUDGE............................: BLUMENFELD
   DATE SENTENCED/PROBATION IMPOSED.: 03-16-1987
   DATE PROBATION REVOKED...........: 02-11-1988
   TYPE OF PROBATION REVOKED........: REG
   DATE WARRANT ISSUED..............: N/A
   DATE WARRANT EXECUTED............: N/A
   DATE COMMITTED...................: 02-25-1988
   HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
   PROBATION IMPOSED................: NO
   SPECIAL PAROLE TERM..............:

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
   NON-COMMITTED.: $50.00        $00.00           $00.00         $00.00

   RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

   -------------------------PRIOR OBLIGATION NO: 010 -----------------------
   OFFENSE CODE....: 131
   OFF/CHG: FALSE STATEMENTS IN CONNECTION W/FIREARMS ACQUISITIONS; T 21
            USC 922(A)(6) AND 924 (A).

    SENTENCE PROCEDURE.............: 924(A)/5871 GCA FIREARMS GRTR THAN 1YR
    SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS
    DATE OF OFFENSE................: N/A

    REMARKS......: 02-06-1987 - AT LIBERTY ON $20,000.00 SIGNATURE BOND.
                   03-16-1987 - SENTENCED PROBATION.




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVEN   540*23  *      SENTENCE MONITORING          *    02-09-2005
   PAGE 005 OF 006 *       COMPUTATION DATA            *    13:16:41
                           AS OF 10-10-1989

   REGNO..: 09100-014  NAME: BOYD, TERRY A


   ----------------------PRIOR COMPUTATION NO: 010 ----------------------

   COMPUTATION 010 WAS LAST UPDATED ON 02-17-1989 AT RCH AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 010:    010 010

   DATE COMPUTATION BEGAN..........: 02-11-1988
   TOTAL TERM IN EFFECT............:    2 YEARS
   TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS

   JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                       01-29-1987     02-06-1987

   TOTAL JAIL CREDIT TIME..........: 9
   TOTAL INOPERATIVE TIME..........: 0
   STATUTORY GOOD TIME RATE........: 6
   TOTAL SGT POSSIBLE..............: 144
   PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
   STATUTORY RELEASE DATE..........: 09-10-1989
   TWO THIRDS DATE.................: N/A
   180 DAY DATE....................: 08-05-1989
   EXPIRATION FULL TERM DATE.......: 02-01-1990

   NEXT PAROLE HEARING DATE........: N/A
   TYPE OF HEARING.................: CONTINUE TO EXPIRATION

   ACTUAL SATISFACTION DATE........: 10-10-1989
   ACTUAL SATISFACTION METHOD......: EXP W/GT
   ACTUAL SATISFACTION FACILITY....: RCH
   ACTUAL SATISFACTION KEYED BY....: JAM

   DAYS REMAINING..................: 114
   FINAL PUBLIC LAW DAYS...........: 0

   REMARKS.......: $50.00 ASSESSMENT PAID ON MARCH 16, 1987.




   G0000           TRANSACTION SUCCESSFULLY COMPLETED
```