Case 1:04-cv-40091-NG   Document 13-5   Filed 02/11/2005   Page 1 of 3

```
 DEVEN    535.10               INMATE PROFILE                           02-09-2005
 PAGE 001                                                                13:15:27
                 09100-014              REG
 REGNO: 09100-014                FUNCTION: DIS   DOB/AGE.: ████████ / 53
 NAME..: BOYD, TERRY A                            R/S/ETH.: W/M/O
 RSP..: ALP-ALLENWOOD USP                         MILEAGE.: 324 MILES
 PHONE: 570-547-0963         FAX: 570-547-9201
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE       FBI NO..: 366818R6
 PROJ REL DATE..: 09-24-2006                     INS NO..: N/A
 PAR ELIG DATE..: N/A                             SSN.....: ████████
 PAR HEAR DATE..:              PSYCH: NO    DETAINER: NO        CMC..: NO
   FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - - - EFF DATE   TIME
   ALP  ADM-REL    A-DES       DESIGNATED, AT ASSIGNED FACIL  09-23-2004 2205
   ALP  CASEWORKER IIB         T. BURKE EXT. 6427            02-01-2005 1453
   ALP  CUSTODY    IN          IN CUSTODY                    07-29-2002 0827
   ALP  QUARTERS   D01-101L    HOUSE D/RANGE 01/BED 101L     01-18-2005 1041
   ALP  WRK DETAIL U A&O       A&O UNIT                      01-13-2005 1416
 OFFN/CHG RMKS: FELON IN POSSESSION OF A FIREARM (DOCKET#: 1:01-CR-60-01)
 OFFN/CHG RMKS: 70 MONTHS + 3 YEARS SUPERVISED RELEASE


 G0017        WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
 G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014                    FUNCTION: DIS  DOB/AGE. ██████ / 53
NAME.: BOYD, TERRY A                               R/S/ETH.: W/M/O
RSP..: ALP-ALLENWOOD USP                           MILEAGE.: 324 MILES
PHONE: 570-547-0963        FAX: 570-547-9201

 FACL CATEGORY   - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
 ALP  ADM-REL    A-DES    DESIGNATED, AT ASSIGNED FACIL   09-23-2004 2205
 ALP  CALLOUTS   HOSP EYE HOSPITAL OPTOMETRIST CONSULT    02-09-2005 0830
 ALP  CARE LEVEL CARE3    UNSTABLE, COMPLEX CHRONIC CARE  02-02-2005 1015
 ALP  COR COUNSL IVA      R. BROWN EXT. 6448              09-23-2004 2205
 ALP  CASE MGT   PROG RPT NEXT PROGRESS REPORT DUE DATE   08-21-2005 1428
 ALP  CASE MGT   RPP PART RELEASE PREP PGM PARTICIPATES   02-05-2004 1142
 ALP  CASE MGT   VWP      VICTIM/WITNESS PROGRAM          07-22-2002 1353
 ALP  CASE MGT   V94 CVA913 V94 CURR VIOL ON/AFTER 91394  09-07-2002 1429
 ALP  CASE MGT   V94 PV   V94 PAST VIOLENCE               08-12-2003 1357
 ALP  CORR SVCS  RAN NEG  RANDOM DRG TST-NEGATIVE         04-02-2004 0410
 ALP  CASEWORKER IIB      T. BURKE EXT. 6427              02-01-2005 1453
 ALP  CUSTODY    IN       IN CUSTODY                      07-29-2002 0827
 ALP  DRUG PGMS  DRG I NONE NO DRUG INTERVIEW REQUIRED    09-07-2002 1429

G0017     WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002     MORE PAGES TO FOLLOW . . .
```

```
                 09100-014                   REG
REGNO: 09100-014                             FUNCTION: DIS    DOB/AGE.: ▓▓▓▓▓▓▓ / 53
NAME.: BOYD, TERRY A                                          R/S/ETH.: W/M/O
RSP..: ALP-ALLENWOOD USP                                      MILEAGE.: 324 MILES
PHONE: 570-547-0963         FAX: 570-547-9201
 FACL CATEGORY     - - - -   CURRENT ASSIGNMENT - - - - -     EFF DATE   TIME
 ALP  EDUC INFO   ESL HAS    ENGLISH PROFICIENT               08-29-2002 1540
 ALP  EDUC INFO   GED TN     EXEMPT/TEMP GED NON-PROMOTABLE   08-26-2003 1229
 ALP  FIN RESP    PART       FINANC RESP-PARTICIPATES         10-12-2004 2015
 ALP  LEVEL       HIGH       SECURITY CLASSIFICATION HIGH     03-04-2003 0928
 ALP  MED DY ST   REG DUTY W REGULAR DUTY W/MED RESTRICTION   09-15-2003 1132
 ALP  MED DY ST   YES F/S    CLEARED FOR FOOD SERVICE         08-14-2003 0915
 ALP  PGM REVIEW  APR        APRIL PROGRAM REVIEW             04-13-2005 1358
 ALP  QUARTERS    D01-101L   HOUSE D/RANGE 01/BED 101L        01-18-2005 1041
 ALP  RELIGION    PROTESTANT PROTESTANT                       12-06-2001 1130
 ALP  UNIT        II         T. NOONE EXT. 6420               02-01-2005 1453
 ALP  WAITNG LST  EYE        PENDING EYE                      01-21-2005 1442
 ALP  WRK DETAIL  U A&O      A&O UNIT                         01-13-2005 1416


G0017      WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```