```
           FUNCTION: LST SCOPE: REG    EQ 09100-014    OUTPUT FORMAT: FULL
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____   THRU _____   DT STS: FROM _____   THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _       RECEIPT: _ _ _   "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____   ____   ____   ____   ____   ____
TRACK:  DEPT:       ____   ____   ____   ____   ____   ____
       PERSON:      ____   ____   ____   ____   ____   ____
         TYPE:      _      _      _      _      _      _
EVNT FACL: EQ ____   ____   ____   ____   ____   ____
RCV FACL.: EQ ____   ____   ____   ____   ____   ____
RCV UN/LC: EQ ____   ____   ____   ____   ____   ____
RCV QTR..: EQ ____   ____   ____   ____   ____   ____
ORIG FACL: EQ ____   ____   ____   ____   ____   ____
ORG UN/LC: EQ ____   ____   ____   ____   ____   ____
ORIG QTR.: EQ ____   ____   ____   ____   ____   ____


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP  UNT/LOC/DST: II              QTR.: D01-101L    RCV OFC: ALP
REMEDY ID: 291103-F1    SUB1: 12ZM SUB2:     DATE RCV:    02-20-2003
UNT RCV..: III          QTR RCV.: C03-119L   FACL RCV: ALP
UNT ORG..: III          QTR ORG.: C03-119L   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP   1                    RESP DUE: TUE 04-01-2003
ABSTRACT.: INSTITUTION WORK ASSIGNMENT - OTHER
STATUS DT: 03-25-2003  STATUS CODE: CLG  STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-21-2003
REMARKS..: ALLEGES BEING FORCED TO WORK




G0002       MORE PAGES TO FOLLOW . . .
```

```
02/10/2005  07:33    9787961040              FMC DEVENS LEGAL              PAGE  33/50
 DEVEN     Case 1:04-cv-40091-NG   Document 13-6   Filed 02/11/2005   Page 3 of 14 02-09-2005
  PAGE 003            *     ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL            *     07:30:50
                                 FULL SCREEN FORMAT
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II                QTR.: D01-101L    RCV OFC: ALP
REMEDY ID: 293764-F1      SUB1: 26AM SUB2:    DATE RCV:    03-18-2003
UNT RCV..: III            QTR RCV.: C03-119L  FACL RCV: ALP
UNT ORG..: III            QTR ORG.: C03-119L  FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP  1 NER  2 BOP  1   RESP DUE:  MON  04-07-2003
ABSTRACT.: MEDICAL CARE - ACCESS TO OR DELAY IN RECEIVING
STATUS DT: 04-08-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:    DATE ENTD: 03-21-2003
REMARKS..:
```

```
G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP  UNT/LOC/DST: II              QTR.: D01-101L   RCV OFC: NER
REMEDY ID: 293764-R1      SUB1: 26AM SUB2:   DATE RCV:  04-21-2003
UNT RCV..: III       QTR RCV.: C03-119L      FACL RCV: ALP
UNT ORG..: III       QTR ORG.: C03-119L      FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP  1 NER  2 BOP  1   RESP DUE:
ABSTRACT.: MEDICAL CARE - ACCESS TO OR DELAY IN RECEIVING
STATUS DT: 04-22-2003  STATUS CODE: REJ STATUS REASON: ONE QUA CPG OTH RSR
INCRPTNO.:         RCT:    EXT:    DATE ENTD: 04-22-2003
REMARKS..: ALTHOUGH YOU CHOSE NOT TO WRITE THE REASON FOR YOUR
           APPEAL ON THE BP-10 FORM, YOU MAY ONLY SUBMIT 1
           CONTINUATION PAGE. YOU MUST USE 8 1/2 X 11" PAGES.
```

G0002     MORE PAGES TO FOLLOW . . .

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II                         QTR.: D01-101L   RCV OFC: NER
REMEDY ID: 293764-R2      SUB1: 26AM SUB2:             DATE RCV:   05-01-2003
UNT RCV..: III            QTR RCV.: C03-119L           FACL RCV: ALP
UNT ORG..: III            QTR ORG.: C03-119L           FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP   1 NER   2 BOP   1     RESP DUE: SAT  05-31-2003
ABSTRACT.: MEDICAL CARE - ACCESS TO OR DELAY IN RECEIVING
STATUS DT: 05-29-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-02-2003
REMARKS..:
```

G0002         MORE PAGES TO FOLLOW . . .

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II              QTR.: D01-101L   RCV OFC: BOP
REMEDY ID: 293764-A1       SUB1: 26AM SUB2:  DATE RCV:   06-16-2003
UNT RCV..: III             QTR RCV.: C03-119L  FACL RCV: ALP
UNT ORG..: III             QTR ORG.: C03-119L  FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP 1 NER 2 BOP 1  RESP DUE: SAT 07-26-2003
ABSTRACT.: MEDICAL CARE - ACCESS TO OR DELAY IN RECEIVING
STATUS DT: 07-18-2003  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:         RCT: P EXT:   DATE ENTD: 06-17-2003
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II              QTR.: D01-101L   RCV OFC: DEV
REMEDY ID: 308940-F1      SUB1: 17AM SUB2:  DATE RCV:    08-20-2003
UNT RCV..: J CC           QTR RCV.: J01-111L    FACL RCV: DEV
UNT ORG..: J CC           QTR ORG.: J01-111L    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: DEV  1 NER  1         RESP DUE: TUE 09-09-2003
ABSTRACT.: WANTS TO BE ALLOWED TO CALL FIANCE
STATUS DT: 09-08-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:         RCT: P EXT:   DATE ENTD: 08-27-2003
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE        DEPARTMENT    TO   DATE ASSN    TRK TYPE    DATE RETURNED
THU 09-04-2003  UNT MGT       VF   08-27-2003   INV         09-05-2003
FRI 09-05-2003  CEO           DLW  09-05-2003   SIG         09-05-2003



G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II               QTR.: D01-101L   RCV OFC: DEV
REMEDY ID: 310014-F1      SUB1: 17AM SUB2:   DATE RCV:  09-04-2003
UNT RCV..: P CC           QTR RCV.: P03-382L FACL RCV: DEV
UNT ORG..: P CC           QTR ORG.: P03-382L FACL ORG: DEV
EVT FACL.: DEV   ACC LEV: DEV 1              RESP DUE: WED 09-24-2003
ABSTRACT.: PHONE CALLS - RESTRICTED
STATUS DT: 09-10-2003   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 09-08-2003
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 09-15-2003    ADMIN REM    MMW   09-08-2003   INV         09-09-2003
TUE 09-16-2003    CEO          DLW   09-10-2003   SIG         09-10-2003



G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP   UNT/LOC/DST: II              QTR.: D01-101L   RCV OFC: NER
REMEDY ID: 308940-R1       SUB1: 17AM SUB2:   DATE RCV:   09-24-2003
UNT RCV..: P CC            QTR RCV.: P03-382L FACL RCV: DEV
UNT ORG..: J CC            QTR ORG.: J01-111L FACL ORG: DEV
EVT FACL.: DEV   ACC LEV:  DEV  1 NER  1      RESP DUE: FRI 10-24-2003
ABSTRACT.: WANTS TO BE ALLOWED TO CALL FIANCE
STATUS DT: 10-23-2003 STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 09-26-2003
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP  UNT/LOC/DST: II              QTR.: D01-101L    RCV OFC: DEV
REMEDY ID: 321311-F1    SUB1: 22AM SUB2: 35BM DATE RCV:   12-23-2003
UNT RCV..: J CC         QTR RCV.: Z02-201LAD  FACL RCV: DEV
UNT ORG..: J CC         QTR ORG.: Z02-201LAD  FACL ORG: DEV
EVT FACL.: DEV   ACC LEV: DEV  1                     RESP DUE: MON 01-12-2004
ABSTRACT.: STATES CRUEL/INHUMANE TRTMT FOR BEING PLACED IN SHU
STATUS DT: 01-26-2004   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:        RCT: P EXT:      DATE ENTD: 01-08-2004
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE        DEPARTMENT      TO      DATE ASSN     TRK TYPE     DATE RETURNED
THU 01-15-2004  EDUC SVC        LC      01-08-2004    INV          01-22-2004
FRI 01-23-2004  EXEC ASST       MH      01-23-2004    INV          01-23-2004
MON 01-26-2004  CEO             DLW     01-26-2004    SIG          01-26-2004


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP  UNT/LOC/DST: II            QTR.: D01-101L   RCV OFC: DEV
REMEDY ID: 321320-F1    SUB1: 34AM SUB2: 26DM  DATE RCV:    12-23-2003
UNT RCV..: J CC         QTR RCV.: Z02-201LAD   FACL RCV: DEV
UNT ORG..: J CC         QTR ORG.: Z02-201LAD   FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: DEV  1                RESP DUE: MON 01-12-2004
ABSTRACT.: STATES HE IS BEING PSYCHOLOGICALLY ABUSED
STATUS DT: 01-21-2004   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:         RCT: P EXT:   DATE ENTD: 01-08-2004
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT     TO    DATE ASSN    TRK TYPE     DATE RETURNED
THU 01-15-2004     MED SVC        CDM   01-08-2004   INV          01-16-2004
TUE 01-20-2004     EXEC ASST      MH    01-20-2004   INV          01-20-2004
WED 01-21-2004     CEO            DLW   01-21-2004   SIG          01-21-2004


G0002       MORE PAGES TO FOLLOW . . .
```

Case 1:04-cv-40091-NG    Document 13-6    Filed 02/11/2005    Page 12 of 14

REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II              QTR.: D01-101L   RCV OFC: NER
REMEDY ID: 321682-R1       SUB1: 20DM SUB2:  DATE RCV:    01-12-2004
UNT RCV..: J CC         QTR RCV.: J01-111L   FACL RCV: DEV
UNT ORG..: J CC         QTR ORG.: J01-111L   FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: NER  1            RESP DUE: WED 02-11-2004
ABSTRACT.: APPEALS 12-10-03 DHO HEARING, CODE 307
STATUS DT: 02-09-2004   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1166234    RCT: P EXT:   DATE ENTD: 01-12-2004
REMARKS..:




G0002         MORE PAGES TO FOLLOW . . .

```
 DEVEN                                                                           02-09-2005
PAGE 013              *            FULL SCREEN FORMAT           *                07:30:50

REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP UNT/LOC/DST: II                    QTR.: D01-101L   RCV OFC: ALP
REMEDY ID: 361653-F1      SUB1: 17AM SUB2:        DATE RCV:   12-15-2004
UNT RCV..: IV        QTR RCV.: H01-001L           FACL RCV: ALP
UNT ORG..: IV        QTR ORG.: H01-001L           FACL ORG: ALP
EVT FACL.: ALP   ACC LEV: ALP   1                        RESP DUE: TUE 01-04-2005
ABSTRACT.: PHONE CALLS (EXCEPT LEGAL CALLS)
STATUS DT: 12-29-2004   STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:          RCT: P EXT:    DATE ENTD: 12-15-2004
REMARKS..:




G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO: 09100-014 NAME: BOYD, TERRY
RSP OF...: ALP   UNT/LOC/DST: II
                                                  QTR.: D01-101L    RCV OFC: NER
REMEDY ID: 363665-R1      SUB1: 20DM SUB2:        DATE RCV:    01-07-2005
UNT RCV..: IV             QTR RCV.: H01-001L      FACL RCV: ALP
UNT ORG..: IV             QTR ORG.: H01-001L      FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: NER   1                RESP DUE:  SUN  02-06-2005
ABSTRACT.: APPEALS 12-20-04 DHO HEARING, CODE 222
STATUS DT: 02-02-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1291882   RCT: P EXT:   DATE ENTD: 01-07-2005
REMARKS..:



              13 REMEDY SUBMISSION(S) SELECTED
G0000    TRANSACTION SUCCESSFULLY COMPLETED
```