U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

[illegible] 12/24/03

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: [illegible] Terry A. / 09120-014 / SR / Devens

LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

**Part A– INMATE REQUEST** [illegible] ... for treating B-3 DE Staffing and medical officials for allowing me to get hurt [illegible] where I could not take care of myself in JANAT Spu[illegible] and for allowing me to fall and get hurt on 11-17-03 and 11-19-03, and for allowing me to travel up and down the compound with [illegible] Hashing of the Health Problem. I spoke with Mr. Mason in the dining room on 11-17-03. He also [illegible] me [illegible] and medical team in doing with the [illegible]

12-22-03

DATE

[illegible] SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
DEC 23 2003
FMC DEVENS
[illegible] OFFICE

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: 317511

CASE NUMBER:

**Part C– RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

DEV 1330.13B
April 20, 2001
Attachment A

IR# 1166234

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9 WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: Boyd, Terry REG. NO.: 09100-014 UNIT: J-A

DATE BP-9 REQUESTED: 12/21/03

DATE BP-9 ISSUED : 12/21/03

DATE BP-9 RETURNED : 12/22/03

INMATE'S COMPLAINT:
Deliberate acts of cruel and inhuman treatment on the part of Dr. Newland and medical officials for placing me in the Special Housing Unit where I'm unable to transfer myself to bed and toilet after they were told that I was having a difficult time in doing this.

RELIEF REQUESTED:
I want this problem to end.

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:
An inquiry into this matter revealed that due to your own acts you were placed in the SHU. You failed to follow discipline policy and you were written up on November 24, 2003 for refusing an order during a verbal dispute with medical staff. That very day your were placed in the SHU. Ever since you have been housed in a handicapped cell. Your claim that you cannot transfer to bed or toilet is false since I have seen, during SHU rounds, how easily you move from bed to your wheelchair and viceversa. You have been afforded the necessary medical care, meals and basic necessities allowed by policy under your sanctioned status. Your complaint of alleged deliberate acts of cruel and inhuman treatment by medical staff is unsubstantiated, rejected and without credit.

CORRECTIONAL COUNSELOR: [signature] DATE: 12/17/2003

UNIT MANAGER'S COMMENTS/ASSISTANCE:

—

UNIT MANAGER: Hernandez DATE: 12/18/03

**FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS**
**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #321311-F1**

This is in response to your Request for Administrative Remedy in which you claim that the actions of institution staff amount to cruel and inhumane treatment. Specifically, you claim that you are medically unsuited for your current housing unit (J-A), and that having been housed there has led to you falling and getting injured on two occasions. You further claim that you have a history of heart problems which makes it dangerous for you to have to travel up the compound in your wheelchair. You are requesting to be transferred to P-Unit.

An investigation into your request revealed the following: You were examined on several occasions by the Mid-level Practitioners and Physicians with symptoms ranging from chest pain, dizziness, frequent falls, stomach cramps, and incontinence. Medical staff, including contract specialists, have reviewed your case, and will continue to provide follow up treatment as required. At this time you are assigned to a handicap accessible cell that is appropriate for your medical conditions and medical needs.

Based on the above findings, you are receiving adequate medical care with no indications of physical abuse by staff. Your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Region, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

[signature]
David L. Winn, Warden

1/26/4
Date