Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

[illegible] 12/21/03

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Bond [illegible] LAST NAME, FIRST, MIDDLE INITIAL | [illegible] REG. NO. | [illegible] UNIT | [illegible] INSTITUTION

**Part A– INMATE REQUEST** [illegible]
[illegible] The last [illegible]
[illegible]
[illegible]
[illegible] I was having [illegible]
[illegible] and [illegible]
[illegible] the [illegible]
[illegible]
[illegible] and [illegible]
[illegible] and [illegible] deliberate [illegible]
ignored by medical and [illegible]

[illegible] DATE | [illegible] SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
DEC 23 2003
FMC DEVENS
WARDEN'S OFFICE

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: 321320-F1

CASE NUMBER: ______

**Part C– RECEIPT**

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

DEV 1330.13B
April 20, 2001
Attachment A

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9 WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: Boyd, Terry REG. NO.: 09100-014 UNIT: J-A

DATE BP-9 REQUESTED: 12/21/03

DATE BP-9 ISSUED : 12/21/03

DATE BP-9 RETURNED : 12/22/03

INMATE'S COMPLAINT:
Psychological abuse by prison and medical officials to the point that I'm unable to control my emotions and deliberate acts of mental torments on the part of Dr. Newland and medical officials. I have been denied my nitro for my heart by PA Tapper.

RELIEF REQUESTED:
I want my nitro.

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:
An inquiry into this matter revealed that that your claim is unsubstantiated and without credit. All BOP staff, whether medical or correctional, are bound by law and a code of ethics to provide care to your basic needs as an inmate according to policy. You have not been able to submit anything credible that you have been psychologically abused and all the documentation about your care is against your claims. Regarding your need for nitroglycerin, you have been issued by PA Tapper a bottle of this medication on December 15, 2003 that should last you for two months if used as prescribed.

CORRECTIONAL COUNSELOR: [signature] DATE: 12/17/2003

UNIT MANAGER'S COMMENTS/ASSISTANCE:
You received nitro on 12/15/03. You offer no evidence of psychological abuse

UNIT MANAGER: Fernandez DATE: 12/18/03

**FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS**
**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #321320-F1**

This is in response to your Request for Administrative Remedy in which you claimed that you are being subjected to mental and physical abuse. You stated that you have difficulty traveling down the compound, and trouble transferring to the toilet in your unit. You also stated that your cell does not accommodate wheel chairs.

An investigation into your request revealed the following: You were examined on several occasions by the Mid-level Practitioners and Physicians with symptoms ranging from chest pain, dizziness, frequent falls, stomach cramps, and incontinence. Our medical staff including contract specialists, have reviewed your case, and will continue to provide follow up treatment as required. At this time you are assigned to a handicap accessible cell.

Based on the above findings, you are receiving adequate medical care with no indications of mental or physical abuse by staff. Your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Region, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

David L. Winn, Warden

1/21/4
Date