```
                     UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **TERRY BOYD,**         )<br>    **Plaintiff,**       )<br>                         )<br>    **v.**               )<br>                         )<br> **DAVID WINN, et al.,**  )<br>    **Defendants.**      ) | **C.A. No. 04-40091-NG** |

**GERTNER, D.J.:**

## ORDER OF DISMISSAL

For the reasons set out in the Court's electronic order dated March, 16, 2005, this action is hereby **DISMISSED.**

**SO ORDERED.**

Dated: March 16, 2005                    s/ NANCY GERTNER U.S.D.J.